| | |
|---|---|
| 1 | George W. Murgatroyd III, Esq. (SBN 109761) |
| | gmurgatroyd@baumhedlundlaw.com |
| 2 | Karen Barth Menzies (SBN 180234) |
| | kbmenzies@baumhedlundlaw.com |
| 3 | Robert M. Brava-Partain, Esq. (SBN 221477) |
| | rbravapartain@baumhedlundlaw.com |
| 4 | BAUM • HEDLUND, A Professional Corporation |
| | 12100 Wilshire Boulevard, Suite 950 |
| 5 | Los Angeles, California 90025 |
| | Telephone: 310.207.3233 |
| 6 | Facsimile: 310.207.4204 |
| 7 | Donald J. Farber, Esq. (SBN 168837) |
| | Law Office of Donald J. Farber |
| 8 | 175 North Redwood Drive, Suite 130 |
| | San Rafael, California 94903 |
| 9 | Telephone: 415.472.7181 |
| | Facsimile: 415.472.7182 |
| 10 | n3dgt@aol.com |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM P. WILLIAMS, individually and as Guardian Ad Litem for KEVIN J. WILLIAMS, | ) ) | CASE NO.: C 06-03186 MJJ |
| Plaintiff, | ) ) | STIPULATION FOR DISMISSAL OF DEFENDANT, McKESSON |
| vs. | ) ) | CORPORATION; ATTESTATION RE: SIGNATURES |
| SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1-50 | ) ) ) ) | and ORDER<br><br>Hon. Martin J. Jenkins<br>Courtroom 11 |
| Defendants. | ) ) | |

Plaintiff WILLIAM P. WILLIAMS, defendant MCKESSON CORPORATION, and defendant SMITHKLINE BEECHAM CORPORATION hereby submit the following stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1):

Plaintiff and defendants agree to dismiss defendant MCKESSON CORPORATION, and defendant McKESSON CORPORATION only, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

1

Stipulation for Dismissal of Defendant, McKesson Corporation – C-06-03186 MJJ

| | | |
|---|---|---|
| DATED: June 27, 2006 | | BAUM • HEDLUND, A Professional Corporation |
| | By: | /s/Robert M. Brava-Partain<br>Robert M. Brava-Partain, Esq. |
| | | *Attorneys for Plaintiffs* |
| DATED: June 27, 2006 | | JENKINS GOODMAN NEUMAN & HAMILTON |
| | By: | /s/Marysia S. Okreglak<br>Marysia S. Okreglak, Esq. |
| | | *Attorneys for Defendant, McKesson Corporation* |
| DATED: June 27, 2006 | | DRINKER BIDDLE & REATH LLP |
| | By: | /s/Michelle A. Childers<br>Michelle A. Childers, Esq. |
| | | *Attorneys for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline* |

7/5/2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Martin J. Jenkins]

---
2
Stipulation for Dismissal of Defendant, McKesson Corporation – C-06-03186 MJJ

## **ATTESTATION**

I attest that Robert M. Brava-Partain, Esq., attorney for plaintiff, and Michelle A. Childers, Esq., attorney for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, have agreed to the filing of this stipulation.

DATED: June 27, 2006                     /s/Marysia S. Okreglak
                                                         Marysia S. Okreglak, Esq.