UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. WILLIAMS, individually and as Guardian Ad Litem for KEVIN J. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION DBA GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No.: 06-CV-3186-MJJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF S. SAMUEL GRIFFIN *PRO HAC VICE* |

S. SAMUEL GRIFFIN, an active member in good standing of the bar of Georgia, whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309-3521, (404) 572-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel

1  designated in the application will constitute notice to the party. All future filings in this
2  action are subject to the requirements contained in General Order No. 45, *Electronic*
3  *Case Filing.*
4
5  Dated: __8/14/2006__                                 _____
6                                                                              UNITED STATES DISTRICT JUDGE