1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  WILLIAM P. WILLIAMS, individually and as
   Guardian Ad Litem for KEVIN J. WILLIAMS,          Case No.: 06-CV-3186-MJJ
4
                    Plaintiff,                       [PROPOSED] ORDER GRANTING
5                                                    APPLICATION FOR ADMISSION
          v.                                         OF TODD P. DAVIS *PRO HAC VICE*
6
7  SMITHKLINE BEECHAM CORPORATION
   DBA GLAXOSMITHKLINE, A Pennsylvania
   Corporation; McKESSON CORPORATION, A
8  California Corporation; and DOES 1
   THROUGH 50,
9
                    Defendants.
10

11

12

13        TODD P. DAVIS, an active member in good standing of the bar of Georgia,

14  whose business address and telephone number is King & Spalding LLP, 1180 Peachtree

15  Street, N.E., Atlanta, Georgia 30309-3521, (404) 572-4600, having applied in the above-

16  entitled action for admission to practice in the Northern District of California on a *pro*

17  *hac vice* basis representing SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

18        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

19  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

20  appearance *pro hac vice*. Service of papers upon and communication with co-counsel

21  designated in the application will constitute notice to the party. All future filings in this

22  action are subject to the requirements contained in General Order No. 45, *Electronic*

23  *Case Filing*.

24

25  Dated: _November 8, 2006_        _____

26                                   UNITED STATES DISTRICT JUDGE

27

28