1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. WILLIAMS, individually and as Guardian Ad Litem for KEVIN J. WILLIAMS, | ) ) **CASE NO.: C 06-03186 MJJ** |
| Plaintiff, | ) ) **ORDER GRANTING PLAINTIFFS** |
| vs. | ) **LEAVE TO FILE FIRST AMENDED** ) **COMPLAINT** |
| SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1-50 | ) ) ) Hon. Martin J. Jenkins ) Courtroom 11 ) |
| Defendants. | ) ) |

Having considered the materials submitted by the parties, this Court hereby GRANTS plaintiff William Williams leave to file a first amended complaint to name his son as a plaintiff. The clerk shall file the First Amended Complaint attached as Exhibit "1" to the stipulation hereon, as of this date.

DATED: January 22, 2007

/s/ Martin J. Jenkins
United States District Judge

---

1
Order Granting Leave to File First Amended Complaint C-06-03186 MJJ

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, a copy of the foregoing **ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michelle A. Childers, Esq.<br>michelle.childers@dbr.com<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500 (Tel)<br>(415) 591-7510 (Fax) | Todd P. Davis, Esq. (*Pro Hac Vice*)<br>tdavis@kslaw.com<br>S. Samuel Griffin, Esq. (*Pro Hac Vice*)<br>sgriffin@kslaw.com<br>Halli D. Cohn, Esq. (*Pro Hac Vice*)<br>hcohn@kslaw.com<br>Sarah T. Sloan, Esq. (*Pro Hac Vice*)<br>ssloan@kslaw.com<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA 30309-3521<br>(404) 572-4600 (Tel)<br>(404) 572-5100 (Fax) |

   /s/ Robert M. Brava-Partain
Robert M. Brava-Partain
BAUM • HEDLUND, A Professional Corporation
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7106
Telephone: 310.207.3233
Facsimile: 310.207.4204
E-Mail: rbravapartain@baumhedlundlaw.com