Thomas W. Pulliam, Jr. (SBN 46322)
Michelle A. Childers (SBN 197064)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

S. Samuel Griffin (admitted *pro hac vice*)
Halli D. Cohn (admitted *pro hac vice*)
Sarah T. Sloan (admitted *pro hac vice*)
King & Spalding LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

George W. Murgatroyd III, Esq. (SBN 109761)
Karen Barth Menzies, Esq. (SBN 180234)
Robert M. Brava-Partain, Esq. (SBN 221477)
BAUM HEDLUND, A Professional Corporation
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. WILLIAMS, Individually and as Guardian Ad Litem for KEVIN J. WILLIAMS,<br><br>Plaintiff,<br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | **Case No.: 06-CV-3186-MJJ**<br><br>**STIPULATION TO AMEND PRETRIAL DEADLINES**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION TO AMEND PRETRIAL DEADLINES

Plaintiff William P. Williams, Plaintiff Kevin J. Williams, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") (collectively, "the parties") hereby

**Error! Unknown document property name.**

stipulate and agree to amend this Court's Pretrial Order entered on August 25, 2006, to extend certain pretrial deadlines as follows:

> NON-EXPERT DISCOVERY CUTOFF is:  April 27, 2007
>
> DESIGNATION OF EXPERTS by:  May 4, 2007
>
> EXPERT REPORTS tendered by:  May 11, 2007
>
> DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS by:  June 1, 2007
>
> SUPPLEMENTAL/REBUTTAL REPORTS tendered by:  June 8, 2007
>
> EXPERT DISCOVERY CUTOFF is:  July 6, 2007

GSK reserves the right to petition the Court for additional amendments to the Pretrial Order and/or extensions of pretrial deadlines if and when the Court grants the parties leave to take more than fifteen (15) depositions.

Dated: March 9, 2007            Baum Hedlund, A Professional Corporation

/s/

Robert Brava-Partain

*Attorneys for Plaintiffs*


King & Spalding LLP

/s/

Sarah T. Sloan (admitted *pro hac vice*)

*Attorneys for Defendant*
SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE

Dated: 3/14/07

IT IS SO ORDERED

Judge Martin J. Jenkins

2