THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
Drinker Biddle & Reath llp
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

S. SAMUEL GRIFFIN (admitted *pro hac vice*)
HALLI D. COHN (admitted *pro hac vice*)
SARAH T. SLOAN (admitted *pro hac vice*)
King & Spalding llp
1180 Peachtree Street
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

| | |
|---|---|
| WILLIAM P. WILLIAMS, Individually, and KEVIN J. WILLIAMS, Individually,<br><br>    Plaintiffs,<br><br> vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, and DOES 1 THROUGH 50,<br><br>    Defendants. | **Case No.: 06-CV-3186-MJJ**<br><br>**JOINT STIPULATION AND AGREEMENT TO AMEND CERTAIN PRETRIAL DEADLINES** |

## JOINT STIPULATION AND AGREEMENT TO AMEND CERTAIN PRETRIAL DEADLINES

  Plaintiff William P. Williams, Plaintiff Kevin J. Williams, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") (collectively, "the parties") hereby stipulate and agree to amend certain pretrial deadlines as follows:

  1- The deadline for expert discovery is extended to July 27, 2007, so that Plaintiffs may depose GSK's expert Dr. Jeff Bostic on July 10, 2007, and so that Plaintiffs may depose GSK's expert Dr. Charles Scott on July 27, 2007; and

  2- The parties shall have until August 14, 2007, to complete mediation of this case.

Dated: June 20, 2007             Baum Hedlund, A Professional Corporation

                     /s/
                     Robert Brava-Partain
                     *Attorneys for Plaintiffs*

Joint Stipulation and Agreement to Amend Certain Pretrial Deadlines - 1

1  Dated:  June 20, 2007

King & Spalding LLP

/s/

Sarah T. Sloan (admitted *pro hac vice*)
*Attorneys for Defendant*
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

**IT IS SO ORDERED.**

**Date:**    8/2/2007

United States District Court Judge

Joint Stipulation and Agreement to Amend Certain Pretrial Deadlines - 2