THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
Drinker Biddle & Reath llp
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

S. SAMUEL GRIFFIN (admitted *pro hac vice*)
HALLI D. COHN (admitted *pro hac vice*)
SARAH T. SLOAN (admitted *pro hac vice*)
King & Spalding llp
1180 Peachtree Street
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

ROBERT E. GLANVILLE (*pro hac vice* pending)
MARTHA M. HARRIS (*pro hac vice* pending)
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203-2887
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

WILLIAM P. WILLIAMS, Individually, and KEVIN J. WILLIAMS, Individually,

Plaintiffs,

vs.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, and DOES 1 THROUGH 50,

Defendants.

**Case No.: 06-CV-3186-MJJ**

**JOINT STIPULATION AND AGREEMENT TO AMEND CERTAIN PRETRIAL DEADLINES**

**<u>JOINT STIPULATION AND AGREEMENT TO AMEND CERTAIN PRETRIAL DEADLINES</u>**

Plaintiff William P. Williams, Plaintiff Kevin J. Williams, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") (collectively, "the parties") hereby stipulate and agree to amend certain pretrial deadlines as follows:

1- The deadline to present oral argument on dispositive motions shall be extended to October 16, 2007, or the first day thereafter that the Court is available; and

2- The deadline to file dispositive motions, including motions for summary judgment and *Daubert* motions, is September 11, 2007.

Dated: August 19, 2007

Baum Hedlund, A Professional Corporation

/s/

Michael Baum
*Attorneys for Plaintiffs*

Dated: August 19, 2007

King & Spalding LLP

/s/

Sarah T. Sloan (admitted *pro hac vice*)
*Attorneys for Defendant*
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

**IT IS SO ORDERED.**

**Date:** 8/22/2007

United States District Court Judge