1  THOMAS W. PULLIAM, JR. (State Bar No. 46322)
   MICHELLE A. CHILDERS (State Bar No. 197064)
2  Drinker Biddle & Reath llp
   50 Fremont Street, 20th Floor
3  San Francisco, CA 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  S. SAMUEL GRIFFIN (admitted *pro hac vice*)
   HALLI D. COHN (admitted *pro hac vice*)
6  SARAH T. SLOAN (admitted *pro hac vice*)
   King & Spalding llp
7  1180 Peachtree Street
   Atlanta, GA 30309-3521
8  Telephone: (404) 572-4600
   Facsimile: (404) 572-5100
9
   ROBERT E. GLANVILLE (*pro hac vice* pending)
10 MARTHA M. HARRIS (*pro hac vice* pending)
   PHILLIPS LYTLE LLP
11 3400 HSBC Center
   Buffalo, New York 14203-2887
12 Telephone: (716) 847-8400
   Facsimile: (716) 852-6100
13
   Attorneys for Defendant
14 SMITHKLINE BEECHAM CORPORATION
   d/b/a GLAXOSMITHKLINE
15

16 | WILLIAM P. WILLIAMS, Individually, and
   | KEVIN J. WILLIAMS, Individually,
17 |                                              | **Case No.: 06-CV-3186-MJJ**
   |              Plaintiffs,
18 |   vs.
   |
19 | SMITHKLINE BEECHAM CORPORATION               | **JOINT STIPULATION AND**
   | d/b/a GLAXOSMITHKLINE, and DOES 1            | **AGREEMENT TO AMEND CERTAIN**
20 | THROUGH 50,                                  | **PRETRIAL DEADLINES**
   |
21 |              Defendants.

22
   **JOINT STIPULATION AND AGREEMENT TO AMEND CERTAIN PRETRIAL DEADLINES**
23
       Plaintiff William P. Williams, Plaintiff Kevin J. Williams, and Defendant SmithKline Beecham
24
   Corporation d/b/a GlaxoSmithKline ("GSK") (collectively, "the parties") hereby stipulate and agree to
25
   amend certain pretrial deadlines as follows:
26
       1- The deadline to present oral argument on dispositive motions shall be extended to October 16,
27
          2007, or the first day thereafter that the Court is available; and
28

Joint Stipulation and Agreement to                - 1 -
Amend Certain Pretrial Deadlines

2- The deadline to file dispositive motions, including motions for summary judgment and *Daubert* motions, is September 11, 2007.

Dated: August 19, 2007                    Baum Hedlund, A Professional Corporation

/s/
Michael Baum
*Attorneys for Plaintiffs*

Dated: August 19, 2007                    King & Spalding LLP

/s/

Sarah T. Sloan (admitted *pro hac vice*)
*Attorneys for Defendant*
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

**IT IS SO ORDERED.**

Date:   8/21/07

United States District Court Judge

Joint Stipulation and Agreement to          - 2 -
Amend Certain Pretrial Deadlines