# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. WILLIAMS, individually and as Guardian Ad Litem for KEVIN J. WILLIAMS, | ) ) **CASE NO.: C 06-03186 MJJ** ) |
| Plaintiff, | ) ) |
| vs. | ) **ORDER CONTINUING SETTLEMENT** ) **CONFERENCE** |
| SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1-50 | ) ) Date: November 1, 2007 ) Time: 9:30 ) ) Hon. Martin J. Jenkins ) Courtroom 11 |
| Defendants. | ) |

Pursuant to the Stipulation by the parties, the Settlement Conference in this matter is continued to December 13, 2007 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 31, 2007

_____

IT IS SO ORDERED

Judge Joseph C. Spero

Order Continuing Settlement Conference        C-06-03186 MJJ