THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

S. SAMUEL GRIFFIN (admitted *pro hac vice*)
HALLI D. COHN (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

ROBERT E. GLANVILLE (admitted *pro hac vice*)
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203-2887
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. WILLIAMS, individually and KEVIN J. WILLIAMS, individually<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION DBA GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 06-CV-3186-MJJ<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel of record, jointly stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party bearing its own attorneys' fees and costs.

JOINT STIP. FOR DISMISSAL AND [PROPOSED] ORDER    06-CV-3186-MJJ

- 1 -

| | | |
|---|---|---|
| Dated: January 4, 2008 | | KING & SPALDING LLP |

/s/S. Samuel Griffin
S. SAMUEL GRIFFIN

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
DBA GLAXOSMITHKLINE

Dated: January 4, 2008                    BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

/s/George W. Murgatroyd III
GEORGE W. MURGATROYD III, ESQ.

Attorneys for Plaintiffs WILLIAM P. WILLIAMS and KEVIN J. WILLIAMS

## ORDER

The parties having so stipulated, and good cause appearing therefore, it is hereby ordered that this matter be dismissed with prejudice.

Dated: January 8, 2008

_____
Judge Martin J. Jenkins:
United States District Court

JOINT STIP. FOR DISMISSAL AND [PROPOSED] ORDER          06-CV-3186-MJJ

- 3 -